**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-2161

PATRICIA ANN THOMAS,

        Plaintiff - Appellant,

    v.

SOUTH CAROLINA DEPARTMENT OF MENTAL HEALTH,

        Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Mary G. Lewis, District Judge.  (3:21-cv-02256-MGL)

Submitted:  July 25, 2024                          Decided:  July 29, 2024

Before GREGORY, HARRIS, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Patricia Ann Thomas, Appellant Pro Se.  Lillian Marshall Coleman Newton, BETTIS LAW GROUP, LLP, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Patricia Ann Thomas appeals the district court's order denying her Fed. R. Civ. P. 60(b) motion for relief from the district court's order dismissing her civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Thomas v. S.C. Dep't of Mental Health,* No. 3:21-cv-02256 (D.S.C. Oct. 19, 2023). In addition, we decline to consider either claims raised for the first time on appeal, *see Muth v. United States*, 1 F.3d 246, 250 (4th Cir. 1993), or claims not raised in Thomas's informal brief, *see Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
